# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

March 21, 2001

**Before**

Hon.  Joel M. Flaum, *Chief Judge*

Hon.  Richard D. Cudahy, *Circuit Judge*

Hon.  Terence T. Evans, *Circuit Judge*

No.  99-4082

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee*,<br><br>        *v.*<br><br>5 S 351 TUTHILL ROAD, NAPERVILLE, ILLINOIS,<br>    *Defendant*,<br><br>Appeal of:     JOHN BOCHNEWYCH,<br>    *Claimant.* | Appeal from the United States<br>District Court for the Northern<br>District of Illinois, Eastern Division.<br><br>No. 97 C 8887<br><br>James F. Holderman,<br>*Judge.* |

**O R D E R**

Upon consideration of the **PETITION FOR REHEARING**, filed on January 19, 2001, by the United States,

**IT IS ORDERED** that the petition is **DENIED**.

**IT IS FURTHER ORDERED** that the slip opinion in this case issued December 5, 2000, is amended as follows:

Following the last sentence on page 15, the following sentence is inserted: "We emphasize that this opinion does not purport to resolve the issue of innocent ownership in any of its dimensions."